Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office:  (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Dayna Amsler, | No.  CV 2012-0403-PHX-ROS |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| Equable Ascent Financial, LLC, and Velocity Investments, LLC, | |
| Defendants. | |

Plaintiff hereby gives notice of dismissal of this action as to all parties and to all claims, with prejudice, each party to bear its own fees and costs.

/ / /

/ / /

1

2          DATED   April 3, 2012   .

3

4                                    s/ Floyd W. Bybee
                                Floyd W. Bybee, #012651
5                               **BYBEE LAW CENTER, PLC**
                                90 S. Kyrene Rd, Ste. 5
6                               Chandler, AZ 85226-4687
                                Office: (480) 756-8822
7                               Fax: (480) 302-4186
                                floyd@bybeelaw.com
8
                                Attorney for Plaintiff
9

10

11   Copy of the foregoing emailed/mailed
      April 3, 2012   to:
12
     Jennifer Nix
13   GURSTEL CHARGO PA
     9320 E. Raintree Drive
14   Scottsdale, AZ 85260-2016
     Attorneys for Defendants
15

16   by   s/ Floyd W. Bybee

17

18

19

20

21

22

23

24

25